UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case:2:23-cr-20392
Judge: Drain, Gershwin A.
MJ: Patti, Anthony P.
Filed: 07-11-2023 At 04:22 PM
INDI USA V ANDRAE KINYATTA SCOTT JR
., (LG)

18 U.S.C. § 924(c)

D-1 ANDRAE KINYATTA SCOTT, Jr.,
a/k/a "Drey,"

Defendant.
_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**(18 U.S.C. § 924(c) – Carry and Use of a Firearm
During and in Relation to a Drug Trafficking Crime)**

On or about September 19, 2022, in the Eastern District of Michigan, ANDRAE KINYATTA SCOTT, Jr., defendant herein, knowingly carried and used a firearm, that is, an American Tactical Imports Omni Hybrid .556 cal. pistol, serial number NS314356, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of a controlled

substance as alleged in Count Two of this Indictment; in violation of Title 18, United States Code, Section 924(c).

## COUNT TWO

### (21 U.S.C § 841 -Distribution of a Controlled Substance)

On or about September 19, 2022, in the Eastern District of Michigan, ANDRAE KINYATTA SCOTT, Jr., defendant herein, knowingly distributed a controlled substance, namely, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

## FORFEITURE ALLEGATIONS

### (Criminal Forfeiture – 18 U.S.C. § 924(d) and 28 U.S.C. § 2461)

The allegations contained in Count One of this indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461. Upon conviction of the violation charged in Count One of this indictment, defendant shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation the offenses including, but not limited to, an American Tactical Imports Omni Hybrid .556 cal. pistol, serial number

NS314356, pursuant to Title 18, United States Code, Section 924(d)(1) together with Title 28 United States Code, Section 2461(c).

Dated: 7/11/2023

THIS IS A TRUE BILL

s/Grand Jury Foreperson
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

s/Craig Wininger
CRAIG WININGER
Chief, Violent and Organized Crime Unit

s/Eric Straus
ERIC STRAUS
Assistant U.S. Attorney

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: *(signed)* |

Case Title: USA v. Andrae Kinyatta Scott, Jr.,

County where offense occurred: Wayne

Offense Type: Felony

Indictment -- prior complaint [ ]

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

Reason:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

July 11, 2023                                 *(signed)* Eric M. Straus
Date                                          Eric M. Straus
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI 48226
                                              eric.straus@usdoj.gov
                                              (313) 226-9648
                                              Bar #: P38266

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.